SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
JESSICA F. WESSLING
Assistant U.S. Attorneys
MARIE L. MILLER
PAUL W. KAUFMAN
Special Assistant United States Attorneys
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
Attorneys for the United States of America

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER a/k/a JON WALKER, HANSEN HELICOPTERS, INC., KENNETH RUFUS CROWE, CHERRY ANNE ESPION, OSWALD ESPION, PHILIP TURNER KAPP, JOHN PAUL HUEY V. LERO, ANTONINO S. PADUA, ROBERT DODD PLEW, MARVIN R. REED, RANDALL ROGERS, JEOFFREY SARIMOS, ALFA AIR, INC., ALPHA AIR, INC., AMERICOPTERS, BEANBAG HELICOPTER SERVICES, INC., BILL'S AIR SERVICES, INC., BRAVO AIR, INC., CALEDONIAN AGENCY, INC., CALEDONIAN INSURANCE CO., LTD., CHANCE AIR, INC., CHARLIE AIR, INC., DAVE'S HELICOPTER, INC., ECHO AIR, INC., EDDIE AIR, INC., EVAN AIR INC., FIDGET, LTD., FIGIT, LTD., FLING AIR, INC., FOXTROT AIR, INC., HAMPTON HELICOPTERS, INC., HANSEN HELICOPTERS MARSHALL, INC., HANSEN NORTHERN HELICOPTERS, INC., HELI-FISH, INC., H-H HELICOPTERS, INC., JAN'S HELICOPTERS, INC., JERRY'S HELICOPTERS, INC., JIM'S AIR REPAIR, INC., JUDY'S HELICOPTERS, INC., LIMEY AIR SERVICES, INC., LIMEY AIR | CIVIL CASE NO. 23-CV-00002<br><br>**UNITED STATES' NOTICE OF FILING OF EXHIBITS FOR THE:**<br><br>**VERIFIED COMPLAINT;**<br><br>**DECLARATION IN SUPPORT OF INJUNCTIVE RELIEF UNDER 18 U.S.C. § 38(C);**<br><br>**AND**<br><br>**MEMORANDUM OF LAW IN SUPPORT OF UNITED STATES' MOTION FOR IMMEDIATE RESTRAINING ORDER AND PROHIBITIONS UNDER 18 U.S.C. § 38(C)(2)** |

SERVICE, MARLIN BAY HELICOPTERS, INC., MID-AMERICA TURBINE, O'HARA HELICOPTERS, INC., OCEANSIDE HELICOPTERS, INC., PACIFIC SPOTTERS CORP., PACIFIC.SPOTTERS, ROSIE AIR SUPPORT, INC., SOUTH PACIFIC SPOTTERS, INC., SPARES, INC., SPOTTERS, INC., TRAFFICOPTERS, INC., TUNA COPTERS, INC., VANGUARD AVIATION, WALK-AIR, INC., WALKER AGRICOLA, LLC, WALKER HELICOPTER, INC., WALKERS HELICOPTERS, WHIRLWIDE HELICOPTERS, INC., WILMA'S FLIGHT SERVICES, INC.,

Defendants.

PLEASE TAKE NOTICE that the United States of America's Exhibits for the Verified Complaint (ECF No. 1), Declaration in Support of Injunctive Relief under 18 U.S.C. § 38(c) ("Khamvongsa Declaration"), and Memorandum of Law in Support of United States' Motion for Immediate Restraining Order and Prohibitions Under 18 U.S.C. § 38(c)(2) ("Memorandum of Law") are filed herein.

The exhibits for the Verified Complaint, Khamvongsa Declaration, and Memorandum of Law are indexed and filed here because the exhibits to these three documents substantially overlap so they are being filed collectively in the interest of judicial economy and for ease of reference. To avoid the confusion engendered by having the same document identified by different exhibit numbers in different documents, the United States will refer to each Exhibit by the number it is given herein.

//

//

//

//

**INDEX OF EXHIBITS FOR THE VERIFIED COMPLAINT, KHAMVONGSA DECLARATION AND MEMORANDUM OF LAW**

| Civil Case Exhibit Nos. | Criminal Case ECF Nos. | Caption or Description |
|---|---|---|
| 1 | ECF No. 1784 | John D. Walker Verdict Form |
| 2 | ECF No. 1785 | Hansen Helicopters, Inc. Verdict Form |
| 3 | ECF No. 1704 | Order re United States' Motion for Order Permitting Testimony and Evidence of Defendants' Alter Ego Shell Companies |
| 4 | ECF No. 862 | Second Superseding Indictment |
| 5 | G-DA-056 | Demonstrative Aid of "Owned" and "Controlled" Alter Ego Companies |
| 6 | ECF No. 1738 | Closing Jury Instructions |
| 7 | ECF No. 1892 | Pertinent Part of (Amended) Testimony of Jeffrey Guzzetti (Jury Trial Excerpt) |
| 8 | -- | Declaration in Support of Injunctive Relief under 18 U.S.C. § 38(c) |
| 9 | G-1242 | Summary Chart of All Known Alleged Hansen-Operated Accidents (Reported and Unreported) (unredacted) |
| 10 | ECF No. 1812 | Stipulation for Preliminary Order of Forfeiture (Specific Assets) |
| 11 | ECF No. 1813 | Order Granting Stipulation for Preliminary Order of Forfeiture (Specific Assets) |
| 12 | -- | List of Helicopters Used in Fraud |
| 13 | ECF No. 53-1 | Declaration of Kenneth R. Crowe in Support of Motion to Modify Conditions of Release |
| 14 | ECF No. 1376 | Court Order Regarding Objections to Evidence of Ongoing Criminal Conspiracy |

| Civil Case Exhibit Nos. | Criminal Case ECF Nos. | Caption or Description |
|---|---|---|
| 15 | ECF No. 1521 | Order Regarding Supplemental Offer of Proof on Evidence of Ongoing Criminal Conspiracy |
| 16 | ECF No. 1838 | Order Granting Motion to Dismiss Indictment Against Randall Rogers |
| 17 | ECF No. 260 | Government's Opposition to Defendant Kenneth Crowe's Motion for Release of Passport and Travel Request to the Philippines |
| 18 | ECF No. 259-1 | Declaration of Kenneth R. Crowe in Support of Motion to Modify Conditions of Release to Permit Release of Passport and Grant Permission to Travel to Philippines |
| 19 | ECF No. 623-2 | FAA Registry N-Number Inquiry Results for N45777 |
| 20 | ECF No. 416-3 | Venezuelan Certification of Aircraft Registration |
| 21 | ECF No. 369 | Superseding Indictment |
| 22 | ECF No. 1311 | United States' Amended Trial Brief |
| 23 | ECF No. 952 | Order Granting Unopposed Motion to Sever Defendants Litkei and Spares |
| 24 | ECF No. 1009 | Order dismissing Frank F. Litkei, Sr. |
| 25 | ECF No. 1239 | Order Granting Motion to Sever Reed and Rogers |
| 26 | -- | Report of Orion Support Inc., Case No. 22-19061 (Jan. 2023) |
| 27 | Exhibits from the Criminal Case | Collection of Government and Defense Criminal Trial Exhibits Identified in the Verified Complaint, Affidavit and Memorandum of Law<br><br>(Separate index included with Exhibit 27) |

RESPECTFULLY submitted this 7th day of April, 2023.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: */s/ Jessica F. Wessling*
MIKEL W. SCHWAB
JESSICA F. WESSLING
Assistant U.S. Attorneys

By: */s/ Marie L. Miller*
MARIE L. MILLER
Special Assistant U.S. Attorney

By: */s/ Paul W. Kaufman*
PAUL W. KAUFMAN
Special Assistant U.S. Attorney