Vanessa L. Williams
Law Office Of Vanessa L. Williams, P.C.
414 West Soledad Avenue
GCIC Bldg., Suite 500
Hagåtña, Guam 96910
Telephone: (671) 477-1389/671-777-5689
Email: service@vlwilliamslaw.com

*Attorney for Defendant John D. Walker
and the Consenting Corporate Defendants
except for Hansen Helicopters, Inc.*

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 23-CV-00002 |
| Plaintiff, | |
| vs. | **STATUS REPORT OF DEFENDANT JOHN D. WALKER AND CONSENTING CORPORATE DEFENDANTS** |
| JOHN D. WALKER, ET AL. | |
| Defendants. | |

Defendants John D. Walker ("Walker"); Alfa Air, Inc.; Alpha Air, Inc.; Americopters; Beanbag Helicopter Services, Inc.; Bill's Air Services, Inc.; Bravo Air, Inc.; Caledonian Agency, Inc.; Caledonian Insurance Co., Ltd.; Chance Air, Inc.; Charlie Air, Inc.; Dave's Helicopter, Inc.; Echo Air, Inc.; Eddie Air, Inc.; Evan Air Inc.; Fidget, Ltd.; Figit, Ltd.; Fling Air, Inc.; Foxtrot Air, Inc.; H-H Helicopters, Inc.; Hampton Helicopters, Inc.; Hansen Helicopters Marshall, Inc.; Hansen Northern Helicopters, Inc.; Heli-Fish, Inc.; Jan's Helicopters, Inc.; Jerry's Helicopters, Inc.; Jim's Air Repair, Inc.; Judy's Helicopters, Inc.; Limey Air Service; Limey Air Services, Inc.; Marlin Bay Helicopters, Inc.; Mid-American Turbine; O'Hara Helicopters, Inc.; Oceanside Helicopters, Inc.; Rosie Air Support, Inc.; South Pacific Spotters, Inc.; Spotters, Inc.; Trafficopters, Inc.; Tuna Copters, Inc.; Vanguard Aviation; Walk-Air, Inc.; Walker Helicopter, Inc.; Walkers Helicopters; Whirlwide Helicopters, Inc.; and Wilma's Flight Services, Inc. (collectively, the "Consenting

1

Defendants" or "CDs") (Each of these defendants other than Walker are referred to collectively herein as the "Consenting Corporate Defendants" or "CCDs"), submit the following status report regarding dissolution efforts of the CCDs pursuant to the Consensual Preliminary Injunction re John D. Walker and Consenting Corporation Defendants (ECF 251).

Mid-America Turbine, LLC was terminated through the Missouri Secreterary of State's Office on March 1, 2024, and the sole account is being closed in the state of Missouri. A notice of dissolution will be filed within ten (10) court days of confirmation of account closure which will conclude the completion of the dissolution process.

The dissolution of the remaining Consenting Corporate Defendants has commenced through separate counsel, but the dissolution process is not yet complete. The dissolution process includes a due diligence obligation on the part of counsel to effect a lawful closure in accordance with the applicable statutes and regulations, including the laws in the jurisdiction of organization, as well as federal, state, and local regulations governing the dissolution of corporate entities, to confirm that no regulatory violations occur during or as a result of the dissolution procedure.

Progress thus far includes creating and implementing an orderly plan for dissolution of the CCDs based on the law applicable thereto and the transfer of any assets of a company to be liquidated as required by the preliminary injunction, including the consolidation and closure of any corporate accounts. The Consenting Corporate Defendants and their representatives will continue to work toward completion of the dissolution process in a manner that is both efficient and compliant with all applicable laws and regulations.

In accordance with the Consensual Injunction Re John D. Walker and Consenting Corporate Defendants (ECF No. 251), the parties will file their next status report on or before May 31, 2024.

Respectfully submitted this April 3, 2024.

**LAW OFFICE OF VANESSA L. WILLIAMS**
*Attorney for Defendant John D. Walker and Consenting Corporate Defendants except for Hansen Helicopters, Inc.*

*/s/ Vanessa L. Williams*
VANESSA L. WILLIAMS