SHAWN N. ANDERSON
United States Attorney
MIKEL W. SCHWAB
JESSICA F. WESSLING
Assistant U.S. Attorneys
MARIE L. MILLER
PAUL W. KAUFMAN
Special Assistant United States Attorneys
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN D. WALKER, ET AL.,<br><br>Defendants. | CIVIL CASE NO. 23-00002<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT JEOFFREY SARIMOS** |

Before the court is the Plaintiff United States' Motion for Entry of Default Judgment and Permanent Injunction against Defendant Jeoffrey Sarimos ("Motion"). ECF Nos. 268 and 268-1. The Plaintiff served a copy of the complaint and summons upon Defendant Jeoffrey Sarimos on May 1, 2023, and Defendant Jeoffrey Sarimos' answer was due May 22, 2023. ECF No. 54 and FED. R. CIV. PRO. 12(a). Defendant Jeoffrey Sarimos did not file an answer, nor did he request an extension of time to file an answer. The Clerk of Court entered notice of default on October 31, 2023. ECF No. 202. On April 22, 2024, the Plaintiff filed the instant Motion. ECF No. 268.

On May 1, 2024, the court issued an Order to Show Cause as to why the Plaintiff's Motion and permanent injunction should not be granted. ECF No. 270. The court instructed

Defendant Jeoffrey Sarimos to file a response no later than May 15, 2024. *Id.* The May 15, 2024 deadline has passed and Defendant Jeoffrey Sarimos has not filed a response. Accordingly, the court hereby **GRANTS** the Plaintiff's Motion for Entry of Default and a Permanent Injunction as to Defendant Jeoffrey Sarimos.

For good cause shown, Defendant Jeoffrey Sarimos and all persons and entities in active concert or participation with Defendant Jeoffrey Sarimos who receive actual notice of the court's order, is:

1. permanently enjoined from the manufacture, sale, rental, lease, purchase, distribution, or dispersal of any kind of parts for use in civil aircraft;

2. permanently enjoined from engaging in any violation of the United States Federal Aviation Administration, Department of Transportation, Federal or local laws or regulations;

3. permanently enjoined from incorporating any new entity or accepting any position as an officer, board member, or consultant with any corporation operating in any business relating to civil aviation or aircraft parts manufacture, sales, or leasing;

4. permanently enjoined from purchasing in whole or in part any existing corporation operating in any business relating to civil aviation or aircraft parts manufacture, sales, or leasing;

5. permanently enjoined, solely as it pertains to manufacturing aircraft parts, servicing aircraft, or providing pilot services: from opening any new bank, brokerage, or other financial accounts ("accounts"); changing the names on any said accounts; changing the signatory authority on any said accounts (except as

necessary to remove Defendant Jeoffrey Sarimos as a signatory to any said accounts); transferring assets between or among said accounts;

6. permanently enjoined from retaining shares in any of the defendant corporations; and

7. permanently enjoined from hiring, training, employing, paying, contracting with, supervising, or otherwise using in any way pilots and mechanics uncertificated by the United States Federal Aviation Administration or another of its civil aviation authority counterparts in the countries in which they operate.

IT IS FURTHER ORDERED that violations of this order may be enforced by appropriate motion. The Clerk of Court shall mark this matter terminated as to Defendant Jeoffrey Sarimos only, subject to this court retaining jurisdiction to enforce this order.

**SO ORDERED**.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 30, 2024