Vanessa L. Williams
Law Office of Vanessa L. Williams, P.C.
414 West Soledad Avenue
GCIC Bldg., Suite 500
Hagåtña, Guam 96910
Telephone: 671-922-5689 | 671-777-5689
Email: service@vlwilliamslaw.com

*Attorney for Defendant John D. Walker
and the Consenting Corporate Defendants
except for Hansen Helicopters, Inc.*

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 23-CV-00002 |
| Plaintiff, | |
| vs. | **STATUS REPORT OF DEFENDANT JOHN D. WALKER AND CONSENTING CORPORATE DEFENDANTS** |
| JOHN D. WALKER, ET AL. | |
| Defendants. | |

Defendants John D. Walker ("Walker"); Alfa Air, Inc.; Alpha Air, Inc.; Americopters; Beanbag Helicopter Services, Inc.; Bill's Air Services, Inc.; Bravo Air, Inc.; Caledonian Agency, Inc.; Caledonian Insurance Co., Ltd.; Chance Air, Inc.; Charlie Air, Inc.; Dave's Helicopter, Inc.; Echo Air, Inc.; Eddie Air, Inc.; Evan Air Inc.; Fidget, Ltd.; Figit, Ltd.; Fling Air, Inc.; Foxtrot Air, Inc.; H-H Helicopters, Inc.; Hampton Helicopters, Inc.; Hansen Helicopters Marshall, Inc.; Hansen Northern Helicopters, Inc.; Heli-Fish, Inc.; Jan's Helicopters, Inc.; Jerry's Helicopters, Inc.; Jim's Air Repair, Inc.; Judy's Helicopters, Inc.; Limey Air Service; Limey Air Services, Inc.; Marlin Bay Helicopters, Inc.; Mid-American Turbine; O'Hara Helicopters, Inc.; Oceanside Helicopters, Inc.; Rosie Air Support, Inc.; South Pacific Spotters, Inc.; Spotters, Inc.; Trafficopters, Inc.; Tuna Copters, Inc.; Vanguard Aviation; Walk-Air, Inc.; Walker Helicopter, Inc.; Walkers Helicopters; Whirlwide Helicopters, Inc.; and Wilma's Flight Services, Inc. (collectively, the "Consenting

Defendants" or "CDs") (Each of these defendants other than Walker are referred to collectively herein as the "Consenting Corporate Defendants" or "CCDs"), submit the following status report regarding dissolution efforts of the CCDs pursuant to the Consensual Preliminary Injunction re John D. Walker and Consenting Corporation Defendants (ECF 251).

The following twenty-five Consenting Corporate Defendants have been dissolved: Jerry's Helicopters, Inc., Jim's Air Repair, Inc., Judy's Helicopter's Inc., Limey Air Services, Inc., Marlin Bay Helicopters, Inc., Mid-American Turbine, Oceanside Helicopter, Inc., Rosie Air Support, Inc., South Pacific Spotters, Inc., Spotters, Inc., Trafficopters, Inc., Tuna Copters Inc., Vanguard Aviation, Walk-Air, Inc., Walker Helicopter, Inc., Whirlwide Helicopters, Inc., and Wilma's Flight Services Inc., Alfa Air., Inc., Chance Air., Inc., Dave's Helicopter Service, Inc., Eddie Air., Inc., Evan Air, Inc., Fling Air, Inc., Foxtrot Air, Inc., and Jan's Helicopter Service, Inc.

The dissolution efforts for the remaining twenty Consenting Corporate Defendants, except for Hansen Helicopters, Inc, is ongoing and will continue to ensure that upon dissolution all documents and any property in the CCDs custody will be transferred to the custody, possession and control of Hansen Helicopters, Inc., in accordance with the Consensual Preliminary Injunction.

Delays in the dissolution efforts by counsel continue to include satisfying the statutory requirements for dissolving the companies in their respective jurisdictions, and securing assistance in the appropriate jurisdictions to effectuate such lawful closures in accordance with the laws in the jurisdiction of the organization.

The Consenting Corporate Defendants and their representatives will continue in a manner that is both efficient and compliant with all applicable laws and regulations, to complete the dissolution process and the transfer of any assets of a company to be liquidated as required by the preliminary injunction, including the consolidation and closure of any corporate accounts.

In accordance with Order (ECF No. 301), the parties will file their next status report on or before June 9, 2025, and every 60 days thereafter until otherwise ordered by the court.

Respectfully submitted this April 8, 2025.

**LAW OFFICE OF VANESSA L. WILLIAMS**
*Attorney for Defendant John D. Walker and Consenting Corporate Defendants except for Hansen Helicopters, Inc.*

*/s/ Vanessa L. Williams*
VANESSA L. WILLIAMS